| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Raymond Perez, Esquire SBN:116087<br><br>329 N Rowan Ave<br>Los Angeles Ca 90063<br>(323) 264-2753<br><br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 23 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *Los Angeles* **DIVISION**

| | |
|---|---|
| In re:<br><br><br>Manrique Rosas Alonso<br><br>Debtor(s) | CASE NO.: 2:14-bk-11362-VZ<br>CHAPTER: 13<br>ADVERSARY NO.: 2:14-ap-01139-VZ |
| Manrique Rosas Alonso<br><br>Plaintiff(s)<br><br>vs.<br><br><br><br>Green Tree Servicing LLC<br><br><br>Defendant(s) | **DEFAULT JUDGMENT**<br>**RE COMPLAINT TO AVOID JUNIOR**<br>**LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(a)(d); FRBP 3012]** |
| | DATE: 7/22/14<br>TIME: 1:30 pm<br>COURTROOM: 1368<br>PLACE:<br><br>255 E. Temple Street<br>Los Angeles, Ca 90012 |

A hearing was held to address the Debtor's Motion For Default Judgment re Complaint To Avoid Junior Lien on Real Property (Motion). Plaintiff moved for a determination that Defendant's claim is wholly unsecured, and to avoid the junior lien related to the deed of trust, mortgage, or other encumbrance (Junior Lien) encumbering the following real property (Property):

> *Street Address:* <u>1216 W. 46th Street</u>
>
> *Unit Number:* _____
>
> *City, State, Zip Code:* <u>Los Angeles, Ca 90037</u>

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                             Page 1                                          **F 4003-2.5.DEFAULT.JUDGMENT**

The Motion requested that judgment be entered in favor of Plaintiff (*name*): Manrique Rosas Alonso , against Defendant (*name*): Green Tree Servicing LLC , based on the Motion.

**Based upon the findings and conclusions made at the hearing, IT IS ORDERED:**

1. The Property is valued at no more than (*determined value*) $ 275,000 .

2. Defendant's claim related to the Junior Lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

    3. Avoidance of Defendant's Junior Lien is contingent upon Debtor's completion of the chapter 13 plan and the Debtor's receipt of a chapter 13 discharge.

    4. Defendant shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of Debtor's chapter 13 case, the conversion of Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, if Debtor completes the chapter 13 plan but does not receive a discharge, or if the Property is sold or refinanced prior to Debtor's receipt of chapter 13 discharge.

    5. In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes Defendant's lien rights prior to Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, Defendant's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

    6. ☐ See attached continuation page for additional provisions.

###

Date: July 23, 2014

Vincent P. Zurzolo
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 4003-2.5.DEFAULT.JUDGMENT